IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER ANDREW STEWART,

     Petitioner,                     No. 2:08-cv-1477 LKK KJN P

   vs.

M. MARTEL, et al.,                   ORDER

     Respondents.

_____/

     Petitioner, a state prisoner proceeding without counsel, has filed a notice of appeal of this court's dismissal of his application for a writ of habeas corpus, and thus moves for a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

     A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing, or state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

     This court properly dismissed as time-barred the instant petition for writ of habeas corpus. Petitioner failed to establish either extraordinary circumstances or due diligence warranting equitable tolling for the subject eleven-year period. See Magistrate Judge's Findings

1

1 and Recommendations, filed February 19, 2010 (Docket No. 18), and Order Adopting Findings
2 and Recommendations, filed March 16, 2010 (Docket No. 20).  Petitioner has therefore not made
3 a substantial showing of the denial of a constitutional right.
4       Accordingly, a certificate of appealability shall not issue.
5     SO ORDERED.
6 DATED:   April 19, 2010.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT